No. 85–1191. PAINTERS LOCAL UNION NO. 164 OF THE BROTHERHOOD OF PAINTERS, DECORATORS & PAPERHANGERS OF AMERICA ET AL. *v.* EPLEY, INDIVIDUALLY AND DBA EPLEY COATINGS ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–1194. JACKSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–1197. CLAIBORNE, UNITED STATES DISTRICT JUDGE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–1209. KAHLENBERG *v.* IMMIGRATION AND NATURAL-IZATION SERVICE. C. A. 11th Cir. Certiorari denied.

No. 85–1224. KERKMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–1266. ZIMMERMAN ET AL. *v.* HANDLEY, ADMINIS-TRATOR, AGRICULTURAL MARKETING SERVICE, DEPARTMENT OF AGRICULTURE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–1278. HERRERA-VINEGAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–1287. BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 10th Cir. Certiorari denied.

No. 85–1324. WASHINGTON STATE NURSES ASSN. *v.* WASH-INGTON STATE HOSPITAL COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–1336. WALSH, CHIEF OF POLICE OF ORLANDO, FLOR-IDA *v.* CENTRAL FLORIDA NUCLEAR FREEZE CAMPAIGN ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–1393. BELL ET AL. *v.* CRAWFORD COUNTY, ARKANSAS, ET AL. Sup. Ct. Ark. Certiorari denied.